UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL HANNON
vs.
COMMISSIONER

(3:01 CV 213 (AVC)
2006 DEC 14 A 11:25
Covello

MOTION TO REOPEN: DECEMBER 2006
PERMISSION to use the ByPass Doctrine to file a
PETITION FOR WRIT OF HABEAS CORPUS

Now comes the petitioner pursuant to 28 USC 2254 and seeks use of the bypass-doctrine as a result of the facts stated herein below:

STATEMENT OF FACTS

It was alleged by way of information and arrest warrant by the Manchester Police Dept. that on October 16, 1994 I had committed the crime of larceny sixth degree (Conn. Gen. Stat. 53a-125b), and that as I was leaving the scene of that crime the Connecticut State Police acting on a radio broadcast attempted to pull me over to investigate further the larceny complaint. According to the warrant affidavit I engaged the State Police in pursuit and soon thereafter collided with several vehicles at an intersection in Manchester Connecticut. According to the warrant affidavit the driver of one of the vehicles (Michal Mission) died three weeks later in the hospital as a result of complications. The passenger in his vehicle according to the same affidavit received serious physical injuries. I was subsequently charged with Manslaughter first degree (Conn. Gen. Stat. 53a-55a(3)), and assault first degree (Conn. Gen. Stat. 53a-59a(3)), and various other offenses related to the alleged incident. At the outset I was represented by the public defender's office whereby the case was transferred to Hartford Superior Court, A Karen Goodrow was appointed to represent me. At our initial meeting Goodrow seemed very concerned with vigorously investigating fully the facts and law of the case. Subsequently family members of mine through their own investigations informed me they learned Michal Mission died at Hartford Hospital as a result of a botched medical procedure that was

(1)

performed upon him by a training junior resident and that an autopsy was never performed. When I began to inquire as to what had happened and question why no autopsy was ever performed Goodrow seemed to become indifferent, uncommunicative, and would only speak to me by way of a non-contact visit at Hartford Superior Court. After complaining about her lack of information and cooperation, she completely refused to do anything at all. I asked Judge Espinosa if I could have another public defender and this was denied. I told Goodrow I would be asking my family to hire private counsel to replace her. It's now apparent Goodrow and other unknown actors at the time wanted to keep control of the case, and an inmate snitch was placed in a room with me at the Corrigan Correctional Center and stated an attorney out of New Haven named Richard Silverstein had gotten him two years on a manslaughter. I went for the bait they laid and asked the inmate for Silverstein's phone number. It soon became apparent Silverstein's representation mirrored that of Goodrow's, in that information was non-existent for me from them, there was no communication, but a Glen Conway was talking to my family and telling them, they could prove my innocence and that I would be out of jail soon. I was then brought into court, and this was not the story Conway was telling me. Conway was vigorously trying to get me to take a plea bargain. The last offer involved a 20 year suspended after 10 year sentence consecutive to a 5 year sentence I was serving. I refused this offer, and later found out a 7 year offer was made by the state, but I was not made aware of this offer. I was then brought into court soon thereafter and met Silverstein for the first time. He and Conway again tried to get me to take a 10 year consecutive offer. It was at this time Conway stated he wanted to tell me his uncle was a doctor who had visited Mission once at the hospital, and that his uncle wouldn't be a witness, but that he wanted me to say I didn't mind him representing me on the record. The judge was never informed on the record of this, what would become an apparently huge conflict. At my now running habeas trial Conway testified he told Judge Fasano about this conflict in chambers. After refusing this last conveyed offer of 10 years consecutive Conway began selecting my jury and trial began. I was found guilty of manslaughter first degree and assault first degree. After the trial a state policeman approached my family in court and stated they knew a great appellate lawyer named John Williams of Williams and Pattis LLC in New Haven. My family retained them to do my appeal, sue Conway and Silverstein civilly, and for ineffective counsel in a habeas corpus petition.

(2)

While I was looking at the medical records that had been introduced at trial without objection by Silverstein I discovered Conway had lied. Conways uncle Michael Conway had not only visited Michael Mission, but was in fact an employed physician by Hartford Hospital, he was a primary care giver throughout Missions stay at Hartford Hospital, and was a big part of the procedure that was botched on Mission on November 6, 1994. I also discovered that a Dr. Banever committed perjury at my trial. Dr. Banever testified Mission died as a result of complications from significant serious physical injuries he had received in the accident. Banever testified these injuries included multiple broken ribs, a bruised sternum, a bruised liver, and punctured lungs and that these injuries developed complications which caused his death on November 6, 1994. In a report authored by and testified too by the state medical examiner, these injuries and the complications were the proximate cause of Mission's death. On the hospital Discharge papers almost 20 possibilities were listed as the cause of death. At trial the doctor (Banever) and the medical examiner (Carver) dwindled this down to it was probably a pulmonary embolus that killed Mission. I learned though that X-Rays were taken of Mission on October 16, 1994 after his arrival at Hartford Hospital and the X-Rays were negative for broken ribs, punctured lungs and all the other things. As a matter of fact Banever and Carvers eventually probability that Mission died of a pulmonary embolus as a result of a broken leg he received in the accident too, was impossible because X-Rays showed only an old injury. So perjury was committed and a false medical record admitted my trial to make up serious physical injuries to frame me as the proximate cause of Mission's death. In addition an autopsy was conveniently not done, thus shrouding in secrecy

3

knowing immediately why missions fired Carver's reasoning here was, "the family declined an autopsy". It now became apparent I was framed for this crime, and that my lawyers were all involved. So as I hired Williams for $15,000 it became quite apparent Williams was involved somehow. Williams visited me at Cheshire CI told me he had not received the trial transcripts at that point, but he had and had already filed a brief with the appellate court, but he told me he would mail me a copy of the trial transcript, come up with my ideas on what to raise on appeal also, and would come up to go over those issues, and then file the brief. I also found out soon thereafter that he hired Conway to work at his firm. Williams never told me about this and I asked for my money back when I found this out. Williams appeal was immediately denied at the appellate court and the issue was a frivolous issue, also noted in the decision was the fact the defenses Silverstein raised were not defenses. I then began filing grievances on all the attorneys before the decision in the appellate court had been made, and I asked chief clerk Francis Drumm to remove Williams' brief and as I was filing all these complaints the Department of Correction falsified my master file and moved me to Virginia. While in Virginia I was held in segregation, could not make legal calls, and was released after the appellate court denied the appeal. I was then transferred back to Connecticut. It was now becoming apparent the Department of Corrections was helping to block me from proving my

4

innocence. The time for filing my habeas corpus to toll the statute of limitations under the anti terrorism effective death penalty act so if I had to file a federal 28 US 2254 habeas corpus was running out, and I was making phone call after phone call to my family to get me a lawyer to file it because I didnt trust Williams who was also retained to file my state habeas corpus, and while complaining the time was running out, the Department of Correction placed me in segregation for no reason, with held all my legal material, denied me mail supplies phone-calls, and direct access to mail, and just when the time was about to lapse I got someone to mail my habeas to New Haven. In the meantime John Williams wasnt aware of this, and he continually failed to file and blamed it on the Department of Corrections continual transfer of me from county to county, but the law dosnt require that a filing can't go to a particular court because I was transferred only that I remain in the custody of the respondent which I had been since 1994. So it became apparent Williams was only attempting to ruin my habeas, and block my ability to be able to file in federal court. It was quite apparent a conspiracy existed between my attorney, the doctors, the hospital, the prosecutor to suppress the truth of who is really responsible for Michal Mission's death and these same people are attempting to prevent me from gaining access to materials, persons, and other evidence and process to establish this. It became even more apparent a conspiracy existed when after 3 years, and John Williams failure to seek certification to the Supreme Court, that the Supreme allowed me to bring a late appeal to them. After this was granted I thought I could get a state appointed lawyer who I could not utilize to look into this, but after granting me a public defender, the public defender's office appointed William Palmieri to take the case. the problem was Palmieri was working on my appeal when

5

he was an attorney in John Williams's law office. I then asked the court not to appoint Palmieri due to a conflict and when I was brought out to court Judge Miano was the Judge. The problem with this was Judge Miano was a judge on my case. Judge Miano refused to recuse himself and would not remove Palmieri from the case and replace him with an attorney without a conflict. Prior to this though I sought bypass to this court, and was told to attempt to exhaust all my claims in the state courts, the problem has been the people involved including my attorneys are deliberately not making a true record. They are denying due process and compulsory process, and effective representation, and are deliberately not trying to bring the truth to the record. The last of this began after I began representing myself on the current habeas (See Michael Hannon v WARDEN CV03-0825680) (Fuger, J.) The court case had been transferred from the Judicial District of Hartford where stand-by counsel had been granted, and it was transferred to Tolland where my original public defender now worked, where the original prosecutor now worked, and where I had claims against the public defender Goodrow and the public defender's office. The judge who dismissed all these claims was a former public defender. The judge in fact (White, J) indicated on the record he should of been recused from the case but wouldn't say why. The court also began making things significantly difficult for me, and did at all treat me as a non-lawyer pro-se incarcerated petitioner. The court was requiring me to file trial briefs, and stated it would treat me as an attorney. Just when I was about to begin trial, Judge Fuger asked me not to represent myself. I stated a conspiracy existed, and that the lawyers

6

being appointed to represent me were attempting to not truly represent me, but were in fact conspiring to suppress the truth due to thier allegiance to conflicting interests. Judge Fuger promised me if there was another problem from this lawyer that the public defender would appoint, he would take care of it. A Robert McKay was appointed to represent me. He indicated to me he was a civil lawyer, and had many many cases. The chief state's attorney's office assigned an attorney from their civil unit Division. At the beginning McKay said the issue of the conspiracy, prosecutorial misconduct, the perjury of DR. Banever and the medical examiner Carver, the conflict of interest on Conway and Silverstein, and the other issues were good, and he stated the claim on the medical procedure performed would be fully investigated, subpoenas issued, and any other process to bring the truth out on these claims was being done. He did in fact begin that investigation, and did ask for a continuance to get the experts and tests we needed but then he began to not follow up. He began to forget what we had talked about, and stopped communicating with me. No other processes or investigations were being done. Then after some time he visited me and began trying to talk me out of my issues. He then began talking about raising issues on the habeas that had already been raised by the attorneys with the conflicts and these were denied. He only talked of me testifying

7

He also did not ask key questions of the attorneys I've claimed ineffective counsel on. It has become apparent McKay is also involved in the conspiracy. He lied too me, and stated on the almost last day before the last day of the habeas trial he was not raising any of the issues attacking the perjury, false medical record, etc. ON November 28, 2006 I was called to court, and I told Judge Fuger that McKay was not raising these issues and I did not want to change attorneys to make me the reason for undue delay if I go to federal court. As I stated the issues, Judge Fuger as I stated perjury and a false medical record suddenly looked up immediately and stated, "you have proof of this, and I stated this proof has been in your courtroom for 2 years now. Judge Fuger then announced a recess and asked that my attorney McKay and the chief state's attorney Maccaritello come to his chambers. I was returned to the courtroom approximately 15 minutes later, and suddenly my attorney wants to find out if the witnesses on all the subpoenas I filed more than a year later were all the witnesses, and the chief state's attorney is over at petitioner's table helping out with copies of the subpoena's I filed. So now something has seemed to change. Just 24 hours earlier, and definitely throughout McKay's representation of me to that point indicated he was interested in the issues I filed in the petition, the evidence

8

I had pointed out to him in the record too support those issues and then McKay midway through his representation of me stopped asking the court and the public defender's office for funds to pay for an investigator, experts etc, basically McKay was not any longer investigating and putting together the facts and evidence to properly subpeona and question witnesses to prove my claims, and now after the recess in Judge's chambers he is now doing his job raises serious issues too me. I now have proof McKay knew of the issues, had in fact started to investigate these issues, had filed the subpeonas on the witnesses, but then didnt claim them or other pre-trial motions I had filed later on, had requested money for an expert but then didnt follow through on it, and requested several continuances to bring experts and witnesses to trial but then never did, and then the day before this recess in Judge's Chambers McKay informs me he is not raising issues he stated he would and was preparing to throughout his representation of me, and now only after some conversations in judge's chambers he is now willing to do the things necessary to raise the obvious claims. It's apparent attorney McKay lied too me and has now been attempting to only create a factual record that omits these serious issues of perjury and the false medical record and the conflict of interest pervading my whole trial. So I tell this court what has

9

McKay not do in the future that will harm me. McKay already at trial has finished the cross examination of my attorneys and its quite apparent he wasn't trying to help me. I failed to ask the necessary questions to support the issues, and allowed the chief states attorney to object and he didnt attempt through an appropriate approach to get the necessary testimony to support the issues. I cannot see how I can proceed with McKay if he continues to purposely omit the things necessary to establish the actual facts of the case, and that being so I cannot possibly exhaust my issues if McKay will not raise them. I ask this court due to the obvious interference by the state into the attorney-client relationship and the conflict inherent in it, and the fact that it has now become impossible for me to construct the actual record so that my issues are exhausted so I may pursue relief by way of a 2254 petition, I ask again for use of the Bypass-doctrine, an evidentiary hearing, and appointment of counsel to establish the fact that I have been the victim of a government conspiracy between the state of Connecticut's states attorney, the public defender's office, and my attorneys to cover up for the doctors, hospital and medical examiners actions herein.

10

Michael Hamann